**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00380-CV

**RICHARD A. MYERS, ET AL, Appellants**

**V.**

**LINDA PAVLIK, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-13928**

## ORDER

We **GRANT** appellants' May 23, 2013 motion for an extension of time to file a brief.

Appellants shall file their brief on or before June 13, 2013. We caution appellants that no further

extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/    CAROLYN WRIGHT
         CHIEF JUSTICE